NUMBER
13-05-634-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

JERRY BAROS, ET AL.,                                           Appellants,

 

                                           v.

 

A. W.
CHESTERTON COMPANY, ET AL.,                     Appellees.

_______________________________________________________

 

                  On appeal from the 319th
District Court

                           of Nueces
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                  Before Justices Hinojosa, Rodriguez, and
Castillo

                             Memorandum Opinion Per Curiam

 

Appellants, JERRY BAROS, ET AL., attempted to perfect an appeal from an order
entered by the 319th District Court of Nueces
County, Texas, in cause 98-06468-G.  The clerk=s record was received on March 10,
2006.  








A review of the clerk=s record in this cause
fails to affirmatively reflect that this Court has jurisdiction over this
appeal.  First, the record fails to
reflect that the order from which this appeal is taken is a final, appealable
judgment.  Second, it appears that
parties have filed suggestions of bankruptcy; however, the record fails to
reflect that any bankruptcy stay has been lifted or the case otherwise remanded
to the trial court.   Pursuant to Tex. R. App. P. 42.3, notice of these defects
was given so that steps could be taken to correct the defects, if it could be
done.  Appellants were advised that, if
the defects were not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of jurisdiction.  Appellants failed to file a response as
requested by this Court=s notice. 

The Court, having
considered the documents on file and appellants= failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 8th day of June, 2006.